UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ROBERT W STEINBERG | : | CHAPTER 13 |
|  | : |  |
|  | : |  |
| Debtor(s) | : | No. 17-15690 mdc |

ORDER

AND NOW, this  7th   day of September 2017, the Court having considered the Debtor's Motion for Extension of Time to File Required Documents, submitted by the attorney of record, MICHELE PEREZ CAPILATO, Esquire, and good cause appearing therefore, it is

ORDERED that the Debtor is hereby granted an extension of time, up to and including September 19, 2017, within which to file all required documents.

_____
MAGDELINE D COLEMAN
United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Mr. Robert W Steinberg
2055 Upper Stump Road
Perkasie, PA 18944