United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15690-mdc
Robert W Steinberg                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Sep 07, 2017
                              Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2017.
db              +Robert W Steinberg,    2055 Upper Stump Road,    Perkasie, PA 18944-3603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Sep 08 2017 03:27:45      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA   19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 08 2017 03:27:34
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA   17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 08 2017 03:27:42      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2017 03:25:55      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                                           TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2017 at the address(es) listed below:
        MICHELE PEREZ CAPILATO    on behalf of Debtor Robert W Steinberg perezcapilatolaw@yahoo.com,
         michelecapilatolaw@gmail.com
        REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                      TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CHAPTER 13 |
| ROBERT W STEINBERG | : |  |
|  | : |  |
| Debtor(s) | : | No. 17-15690 mdc |

ORDER

AND NOW, this  7th   day of September 2017, the Court having considered the Debtor's Motion for Extension of Time to File Required Documents, submitted by the attorney of record, MICHELE PEREZ CAPILATO, Esquire, and good cause appearing therefore, it is

ORDERED that the Debtor is hereby granted an extension of time, up to and including September 19, 2017, within which to file all required documents.

_____
MAGDELINE D COLEMAN
United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Mr. Robert W Steinberg
2055 Upper Stump Road
Perkasie, PA 18944