# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-15690-MDC

ROBERT W STEINBERG

2055 UPPER STUMP ROAD

PERKASIE, PA 18944

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ROBERT W STEINBERG

2055 UPPER STUMP ROAD

PERKASIE, PA 18944

**Counsel for debtor(s), by electronic notice only.**
MICHELE PEREZ CAPILATO
500 OFFICE CENTER DR
SUITE 400
FORT WASHINGTON, PA 19034

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                /s/ William C. Miller

Date: 12/28/2017

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee