# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CHAPTER 13 |
| ROBERT W STEINBERG | : |  |
|  | : |  |
| Debtor | : | No. 17-15690 mdc |

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)8) AND (a)(9)

I, Michele Perez Capilato, Esquire, upon my oath according to law, hereby certify as follows in connection with the Confirmation hearing scheduled for March 8, 2018, in the above-referenced case:

1. The above-named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor(s) has/have filed all applicable Federal, State, and local tax returns required to be filed within the 4-year period preceding the petition date.

3. If the Confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

4. If this Certification is being signed by counsel of debtor(s), counsel certifies that debtor(s) was/were duly questioned about the statements made in this Certification and supplied answers consistent with this Certification.

DATED:  March 5, 2018          BY:  /s/ Michele Perez Capilato, Esquire