United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert W Steinberg
     Debtor

Case No. 17-15690-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: JEGilmore　　　Page 1 of 1　　　Date Rcvd: May 29, 2018
　　　　　　　　　　　　　Form ID: 155　　　 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.
db　　　　　　+Robert W Steinberg,　 2055 Upper Stump Road,　 Perkasie, PA 18944-3603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:
　　　　MICHELE PEREZ CAPILATO　  on behalf of Debtor Robert W Steinberg perezcapilatolaw@yahoo.com, michelecapilatolaw@gmail.com
　　　　REBECCA ANN SOLARZ　  on behalf of Creditor　 M&T BANK bkgroup@kmllawgroup.com
　　　　United States Trustee　   USTPRegion03.PH.ECF@usdoj.gov
　　　　WILLIAM C. MILLER, Esq.　  ecfemails@ph13trustee.com,　 philaecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert W Steinberg
        Debtor(s)

Chapter: 13

Bankruptcy No: 17−15690−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 24, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                             Magdeline D. Coleman
                                             Judge ,
                                             United States Bankruptcy Court

                                                                     38
                                                                Form 155