UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CHAPTER 13 |
| ROBERT W STEINBERG | : |  |
|  | : |  |
|  | : |  |
| Debtor(s) | : | No. 17-15690 MDC |

## CERTIFICATE OF NO OBJECTION

  COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtor(s), and hereby certifies that **no objection** to the Motion for Approval of Compensation (Application for Compensation), has been received as of this date, after being served upon interested parties on September 30, 2018.

June 10, 2018          Respectfully Submitted,

                /s/Michele Perez Capilato
                Michele Perez Capilato, Esquire
                Attorney I.D.  No.  90438
                500 Office Center Drive, Suite 400
                Fort Washington, PA 19034
                (267) 513-1777
                Fax 1(866) 535-8160
                michelecapilatolaw@gmail.com