UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Robert W Steinberg**      :      **CHAPTER 13**
:
:
**Debtor(s)**      :      **No. 17-15690 MDC**

ORDER

AND NOW, this <u>12th</u> day of June 2018, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHELE PEREZ CAPILATO, ESQUIRE, is awarded **$3,000.00** as the total legal fee for services performed and expenses incurred for essential bankruptcy services. Trustee is authorized to pay the unpaid balance thereof, the sum of **$1,700.00** from the estate to the extent provided for by the Confirmed Plan.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

Cc:

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Robert W Steinberg
2055 Upper Stump Road
Perkasie, PA 18944

Bk Of Amer
Po Box 982238
El Paso, TX 79998

Capital One Attn: Bankruptcy Po
Box 30253
Salt Lake City, UT 84130

Citicards Cbna Citicorp Credit
Svc/Centralized Bankrupt
Po Box 790040

Saint Louis, MO 63179
Discover Financia
Po Box 3025
New Albany, OH 43054

Key Bank
POB 93885
Cleveland, OH 44101

M & T Bank
Po Box 844
Buffalo, NY 14240

Navitas Lease Corp
303 Fellowship Road
Suite 310
Mount Laurel, NJ 08054

Pioneer Ind
Central Brass
3325 S. Garfield Avenue
Los Angeles, CA 90044

Police And Fire Fcu
01 Arch St
Philadelphia, PA 19107

Sentry Equipment
1001 Lower Landing Road
Suite 606
Blackwood, NJ 08012

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Wells Fargo Bank
MAC X2303-01N
1 Home Campus
Des Moines, IA 50328-0001

Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623