## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 17-15690** |
| **Robert W Steinberg** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Date and Time of Hearing** |
| **Fargo Auto** | : | |
| Movant, | : | **September 1, 2020 at 10:30 a.m.** |
| | : | |
| **vs** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #2** |
| **Robert W Steinberg** | : | **Philadelphia, PA, 19107** |
| | : | |
| **William C. Miller** | : | |
| Respondents. | | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 19, 2020, you or your attorney must do **ALL** of the following:

   A.  File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   U.S. Bankruptcy Court
   900 Market Street
   Philadelphia, PA, 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B.  Mail a copy to the Creditor's attorney and the below listed:

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

20-014385_KKC

William C. Miller
P.O. Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.  A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on September 1, 2020 at 10:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #2, Philadelphia, PA, 19107.

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: __August 4, 2020_____

20-014385_KKC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 17-15690** |
| **Robert W Steinberg** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| Debtor(s) | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Date and Time of Hearing** |
| **Fargo Auto** | : | **Place of Hearing** |
| Movant, | : | **September 1, 2020 at 10:30 a.m.** |
| | : | |
| vs | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #2** |
| **Robert W Steinberg** | : | **Philadelphia, PA, 19107** |
| | : | |
| **William C. Miller** | : | |
| Respondents. | | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response

Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay was served on the

parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Michele Perez Capilato, Attorney for Robert W Steinberg, Law Office of Michele Perez Capilato, 500 Office Center Drive, Suite 400, Fort Washington, PA  19034, perezcapilatolaw@yahoo.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August <u>04</u>, 2020:

Robert W Steinberg, 2055 Upper Stump Road, Perkasie, PA  18944

DATE: <u>   August 4, 2020        </u>

/s/ Sarah E. Barngrover
<u>                                                      </u>
Karina Velter, Esquire (94781)

Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

20-014385_KKC