**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 17-15690 |
| **Robert W Steinberg** | : | Chapter 13 |
| | : | Judge Magdeline D. Coleman |
| Debtor(s) | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | Date and Time of Hearing |
| | : | September 1, 2020 at 10:30 a.m. |
| Movant, | : | |
| vs | : | Place of Hearing |
| | : | U.S. Bankruptcy Court |
| **Robert W Steinberg** | : | 900 Market Street, Courtroom #2 |
| | : | Philadelphia, PA, 19107 |
| **William C. Miller, Esq.** | : | |
| Respondents. | | Related Document # 45 |

## ORDER OF COURT

AND NOW, to wit, this  2nd  day of _____September_____, 2020, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF  U.S. BANKRUPTCY JUDGE

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

William C. Miller, Esq., Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105 (notified by ecf)

Michele Perez Capilato, Attorney for Debtor, Law Office of Michele Perez Capilato, 500 Office Center Drive, Suite 400, Fort Washington, PA  19034 (notified by ecf)

Robert W Steinberg, Debtor, 2055 Upper Stump Road, Perkasie, PA  18944 (notified by regular US Mail)