```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
```

In re:                                                    Case No. 17-15690-mdc
Robert W Steinberg                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2      User: JEGilmore         Page 1 of 1         Date Rcvd: Sep 02, 2020
                          Form ID: pdf900         Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db             +Robert W Steinberg,    2055 Upper Stump Road,    Perkasie, PA 18944-3603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 03 2020 04:34:05      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2020 04:33:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 03 2020 04:34:03      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 04:43:20      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                            Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
              KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               amps@manleydeas.com
              MICHELE PEREZ CAPILATO    on behalf of Debtor Robert W Steinberg perezcapilatolaw@yahoo.com,
               michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              SARAH ELISABETH BARNGROVER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo
               Auto amps@manleydeas.com, acs2@manleydeas.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                             :
                                                   : Case No.: 17-15690
Robert W Steinberg                                 : Chapter 13
                                                   : Judge Magdeline D. Coleman
            Debtor(s)                              : * * * * * * * * * * * * * * * * *
                                                   :
Wells Fargo Bank, N.A., d/b/a Wells                : Date and Time of Hearing
Fargo Auto                                         : September 1, 2020 at 10:30 a.m.
            Movant,                                :
    vs                                             : Place of Hearing
                                                   : U.S. Bankruptcy Court
Robert W Steinberg                                 : 900 Market Street, Courtroom #2
                                                   : Philadelphia, PA, 19107
William C. Miller, Esq.                            :
            Respondents.                           : Related Document # 45

## ORDER OF COURT

AND NOW, to wit, this __2nd__ day of _____September_____, 2020, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.      The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.      Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

                                        By the Court:

                                        _____
                                        MAGDELINE D. COLEMAN
                                        CHIEF U.S. BANKRUPTCY JUDGE

CC:
    Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

    Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

William C. Miller, Esq., Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105 (notified by ecf)

Michele Perez Capilato, Attorney for Debtor, Law Office of Michele Perez Capilato, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034 (notified by ecf)

Robert W Steinberg, Debtor, 2055 Upper Stump Road, Perkasie, PA 18944 (notified by regular US Mail)