Certificate Number: 15111-PAE-DE-036580857

Bankruptcy Case Number: 17-15690



15111-PAE-DE-036580857

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 30, 2022, at 5:28 o'clock PM EDT, Robert W Steinberg completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 30, 2022

By:  /s/Hasan Bilal for Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education