United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert W Steinberg  
    Debtor

Case No. 17-15690-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 03, 2022     Form ID: 138OBJ     Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert W Steinberg, 2055 Upper Stump Road, Perkasie, PA 18944-3603 |
| 14001896 | + | Michele Perez Capilato, Esquire, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |
| 13972094 | + | Navitas Lease Corp, 303 Fellowship Road, Suite 310, Mount Laurel, NJ 08054-1212 |
| 13972095 | + | Pioneer Ind, Central Brass, 3325 S. Garfield Avenue, Commerce, CA 90040-3101 |
| 13972096 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13972097 | + | Sentry Equipment, 1001 Lower Landing RoadJ Suite 606, Blackwood, NJ 08012-3122 |
| 13987290 | + | WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION, P.O. Box 29482, Phoenix, AZ 85038-8650, Telephone number: (888) 715-4315, BDBKInquiry@wellsfargo.com 85038-9482 |
| 13972099 | + | Wells Fargo Auto Finance, Attn: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704 |
| 13972100 | | Wells Fargo Bank, MAC X2303~01N, l Home Campus, Des Moines, IA 503280001 |
| 13993891 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14523264 | | Wells Fargo Bank, N.A., c/o Karina Velter, Esquire, Sarah E. Barngrover, Esquire, P.O. Box 165028, Columbus, OH 43216-5028 |
| 13972101 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 03 2022 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 03 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14055672 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 03 2022 23:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13972088 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 03 2022 23:48:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 13972089 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2022 23:56:25 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13972090 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2022 23:56:29 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13980385 | | Email/Text: mrdiscen@discover.com | Jun 03 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13972091 | + | Email/Text: mrdiscen@discover.com | Jun 03 2022 23:48:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14016269 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2022 23:56:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13972093 | | Email/Text: camanagement@mtb.com | Jun 03 2022 23:48:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 13979798 | | Email/Text: camanagement@mtb.com | | |

|  |  |  | Jun 03 2022 23:48:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
|---|---|---|---|---|
| 14010953 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  |  | Jun 03 2022 23:54:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14057362 |  | Email/Text: bnc-quantum@quantum3group.com |  |  |
|  |  |  | Jun 03 2022 23:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13976772 | + | Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  |  | Jun 03 2022 23:54:00 | Synchrony, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13972098 | + | Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  |  | Jun 03 2022 23:56:25 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13972092 |  | Key Bank BZ LOC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELE PEREZ CAPILATO | on behalf of Debtor Robert W Steinberg perezcapilatolaw@yahoo.com michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Robert W Steinberg
      Debtor(s)

Case No: 17−15690−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/3/22