**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                        : Chapter 13

Robert W Steinberg                            : Case No. 17–15690–mdc
              Debtor(s)

### ORDER

_____

AND NOW, this day , October 17, 2022 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court